72 F.3d 123
 G. Elaine Nilon, Estate of William J. Nilon, III, William J.
Nilon, Jr., Tracy E. Nilon
v.
Joseph Angus, Jr., Borough of Latrobe Police Department,
Borough of Latrobe, Westmoreland County Emergency
Management, Mayor Borough of Latrobe, Angelo Caruso, Chief
of Police, Borough of Latrobe Police Department, John Smetanka
 NO. 95-3096
 United States Court of Appeals,
Third Circuit.
 Nov 13, 1995
 
 Appeal From: W.D.Pa., No. 92-02169,
 Standish, J.
 
 
 1
 AFFIRMED.